IN THE UNITED STATES DISTRICT COURT
for THE DISTRICT OF UTAH

FILED
DISTRICT COURT
2018 MAY 16 P 2:15
DISTRICT OF UTAH
DEPUTY CLERK

LYNDAL RITTERBUSH
PETITIONER,

v.

STATE OF UTAH
RESPONDENT.

CASE NO. 2:17-CV-913-RJS

ORDER TO SHOW CAUSE

JUDGE ROBERT J. SHELBY

**PRO SE**

I, LYNDAL RITTERBUSH, PETITIONER, Pro Se, respectfully request of this Court a motion for Order to Show Cause to the State of Utah to respond to the Writ of Habeas Corpus Petition.

Submitted for Decision.

I envoke Prison Mail Box Rule 28 U.S.C. §1746.

5-12-18

Lyndal Ritterbush

Inmate Name *Lyndal Rittibush*
Inmate Offender Number 18186
Inmate Housing 005-B15
Utah State Prison
P. O. Box 250
Draper, Utah 84020-0250

*Privileged legal mail*



SALT LAKE CITY UT 840
14 MAY 2018 PM 4 L

*Privileged legal mail*

United States District Court
District of Utah
Office of the Clerk
United States Courthouse
351 South West Temple
Salt Lake City, Utah 84101