IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LYNDAL D. RITTERBUSH , <br><br>          Petitioner, <br><br> v. <br><br> LARRY BENZON, <br><br>          Respondent. | **MEMORANDUM DECISION & ORDER DENYING CERTIFICATE OF APPEALABILITY** <br><br> Case No. 2:17-CV-913 RJS <br><br> Chief District Judge Robert J. Shelby |

Based on the Tenth Circuit's limited remand, the Court considers whether to issue a certificate of appealability (COA) here. *See* R.11, Rs. Governing § 2254 Cases in the United States District Courts ("The district court must issue or deny a [COA] when it enters a final order adverse to the applicant.").

When a habeas petition is denied on procedural grounds, as this one was, a petitioner is entitled to a COA only if he shows that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (citing 28 U.S.C.S. § 2253 (2018)). Petitioner has not made this showing.

      **IT IS THEREFORE ORDERED** that a COA is **DENIED**.

      DATED this 16th day of May, 2019.

                        BY THE COURT:

                        _____
                        CHIEF JUDGE ROBERT J. SHELBY
                        United States District Court